UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Stacey L. Mullen, Esquire
2091 N. Springdale Road - Suite 17
Cherry Hill, New Jersey, 08003
(856) 778-8677
Attorney for Debtor(s)
Stacey L. Mullen, Esquire (SLM-5588)

**Order Filed on January 25, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Katherine Parker,

                Debtor

Case No.: 16-28226

Chapter 13

Hearing Date:

Judge: ABA

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**

**DATED: January 25, 2019**

*/s/ Andrew B. Altenburg, Jr.*
Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Case No.  16-28226 (ABA)
Order Granting Supplemental Chapter 13 Fees
Page 2

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

ORDERED that <u>Stacey L. Mullen</u>, the applicant, is allowed a fee of $ 400.00          for services rendered and expenses in the amount of $  n/a    for a total of $ 400.00          . The allowance shall be payable:

<u>XXXXX</u>          through the Chapter 13 plan as an administrative priority.

outside the plan.

The debtor's monthly plan is modified to require a payment of <u>$366.00</u>  per month for  <u>33</u> months to allow for payment of the aforesaid fee.

(Local Form 14 Rev. September 2002)

Case 16-28226-ABA Doc 64-1 Filed 05/17/19 Entered 05/17/19 09:13:10 Desc Main
Proposed Order Page 2 of 2